| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| TARA THOMAS, | § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:15-cv-387 |
| MAXIE SPROTT, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

The court has adopted the magistrate judge's report and recommendation (Doc. No. 5), which recommends that this case be dismissed without prejudice for failure to prosecute. Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice. This final judgment shall also be considered a final judgment for the following cases: 1:15-cv-00387; 1:15-cv-00388; 1:15-cv-00389; 1:15-cv-00390; 1:15-cv-00394; 1:15-cv-00395; 1:15-cv-00393; 1:15-cv-00398; 1:15-cv-00399; 1:15-cv-00401; 1:15-cv-00402; 1:15-cv-00410; 1:15-cv-00412; 1:15-cv-00413; 1:15-cv-00418; 1:15-cv-00419; 1:15-cv-00428; 1:15-cv-00429. The clerk of court is directed to close these cases and terminate all pending motions.

THIS IS A FINAL JUDGMENT.

**Signed this date.**

**Jul 11, 2016**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE